**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6149**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

EDWARD CALVIN GIBBS, a/k/a Lep, a/k/a Little Calvin,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:09-cr-00063-RBS-TEM-5)

Submitted: June 18, 2015          Decided: June 22, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Calvin Gibbs, Appellant Pro Se. Robert Edward Bradenham, II, Howard Jacob Zlotnick, Assistant United States Attorneys, Newport News, Virginia; Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Calvin Gibbs appeals the district court's order denying Gibbs' motion for a sentence reduction and its order denying his motion for reconsideration. We have reviewed the record and conclude that the district court did not abuse its discretion in denying relief under 18 U.S.C. § 3582(c)(2) (2012). We therefore affirm for the reasons stated by the district court. United States v. Gibbs, No. 4:09-cr-00063-RBS-TEM-5 (E.D. Va. Dec. 2, 2014); see United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010) (standard of review). Additionally, we affirm the district court's order denying reconsideration. See United States v. Goodwyn, 596 F.3d 233, 236 (4th Cir. 2010) (holding district court lacks jurisdiction to reconsider prior order on § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

                                                AFFIRMED